IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSE BENITEZ, | * |
| | *    Civil Action No. CCB-21-0259 |
| v. | * |
| | * |
| MASON CONTRACTORS INC., et al. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the plaintiff's Motion for Default Judgment against defendants Masco Contractors Inc. and James Stadler, it is this __7th__ day of __September__, 2021, hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that a default judgment is entered in favor of the plaintiff Jose Benitez and against the defendants Masco Contractors Inc. and James Stadler, in the total amount of **$67,071.07**, consisting of **$50,490.63** in backpay and liquidated damages and **$16,580.44** in attorneys' fees and expenses; and it is further

ORDERED that the Clerk shall CLOSE this case.

/S/ _____
Catherine C. Blake
United States District Judge