## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOSE BENITEZ                                       *
                                                   *
v.                                                 *       Civil No.  1:21-cv-0259-CCB
                                                   *
MASCO CONTRACTORS INC., et al.                     *
                                            **********

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. The Motion to set aside default (ECF 18) is GRANTED;

2. The entry of default judgment is set aside and the case is reopened;

3. The defendants shall respond to the plaintiff's complaint by May 31, 2022; and

4. The Clerk shall SEND a copy of this Order and the accompanying Memorandum to counsel of record.

_____5/9/22_____
Date

_____
Catherine C. Blake
United States District Judge

1