**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| **JOSE BENITEZ**, )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**MASCO CONTRACTORS, INC., et al.** )<br>)<br>*Defendants* )<br>) | Case No. 1:21-cv-00259-CCB |

## LINE OF DISMISSAL WITH PREJUDICE

Plaintiff, Jose Benitez, and Defendants, James Stadler and MASCO Contractors, Inc., by their respective undersigned counsel, having resolved and settled this matter, jointly dismiss this action with prejudice.

Dated: June 29, 2022          Respectfully Submitted,

_____/s/_____
Megan K. Mechak, Esq. (Bar No. 27584)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, D.C. 20005
Phone: (202) 833-8855
Fax:    (202) 452-1000
mkm@mselaborlaw.com
smb@mselaborlaw.com

_____/s/_____
Andrew H. Vance, Esq. (Bar No. 05287)
LAW OFFICE OF ANDREW H. VANCE
77 East Main Street, Suite 408
Westminster, Maryland 21157
Email: constructionlaw@verizon.net

Phone: (410) 386-0727
Fax: (410) 386-0728

*Attorney for Defendants*

CERTIFICATE OF SERVICE

    I certify that on June 29, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Megan K. Mechak, Esq.
Sarah M. Block
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, D.C. 20005
Phone: (202) 833-8855
Fax:    (202) 452-1000
mkm@mselaborlaw.com
smb@mselaborlaw.com

                      /s/ Andrew H. Vance